# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff**(s): CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY

**Defendant**(s): NORANNE CONCRETE, INC., and ANTHONY JURGETO, individually

County of Residence: Cook

County of Residence: Cook

Plaintiffs' Atty: Steven W. Jados
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, IL 60603
312-372-1361

Defendant's Atty:

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:-**N/A**

Defendant:-**N/A**

IV. Origin :    1. Original Proceeding

V. Nature of Suit:    **LMRA**

VI. Cause of Action:    29 U.S.C. Sections 185(a) & (c)

VII. Requested in Complaint
Class Action:**No**
Dollar Demand:
Jury Demand:**No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** s/Steven W. Jados

**Date:** 9/4/08

```
FILED: SEPTEMBER 4, 2008
08CV5050
JUDGE DOW
MAGISTRATE JUDGE NOLAN

CH
```